**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6236**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

       v.

JAMES THOMAS GREEN, a/k/a Green Billy,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, District Judge.  (3:05-cr-00464-CMC-6)

Submitted:  June 14, 2012          Decided:  June 19, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Thomas Green, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Thomas Green appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Green</u>, No. 3:05-cr-00464-CMC-6 (D.S.C. Jan. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>